**Lana Jo BAILEY, Respondent,**

v.

**Kenneth Wayne BAILEY, Appellant.**

**No. WD 60765.**

Missouri Court of Appeals, Western District.

Oct. 29, 2002.

Leslie Mayberry Schneider, Columbia, MO, for appellant.

Susan Ford Robertson, Columbia, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., THOMAS H. NEWTON, JJ.

**Order**

PER CURIAM.

Kenneth Wayne Bailey ("Husband") appeals the judgment of dissolution. Finding no ground for reversal, we affirm by summary order. A published opinion

would lack jurisprudential value. The judgment is affirmed. Rule 84.16(b).